■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JACK ZOGBY, Appellant. — Judgment unanimously affirmed. Memorandum: The only issue raised by appellant is the denial of his right to a speedy trial pursuant to CPL 580.20. We have no order before us on the matter, nor does the record contain any evidence that defendant preserved his right to appeal the issue (see *People v Nelson,* 79 AD2d 1093). (Appeal from judgment of Oneida County Court — criminal solicitation, first degree.) Present — Cardamone, J.P., Simons, Callahan, Denman and Schnepp, JJ.

■ NORBERT E. WACHOWIAK, Respondent, v CHRISTINE A. WACHOWIAK, Appellant. — Order unanimously reversed and motion granted. (See *Nicholas v Reason,* 79 AD2d 1113). (Appeal from order of Erie Supreme Court — poor person.) Present — Cardamone, J.P., Simons, Callahan, Denman and Schnepp, JJ.

■ In the Matter of DONALD L. CROWLEY. — Order entered terminating suspension and reinstating petitioner as an attorney and counselor at law. Present — Dillon, P.J., Cardamone, Simons, Hancock, Jr., and Moule, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ISAAC DILLARD, Appellant. — Motion for reargument granted and judgment modified by reducing minimum sentence to five years. Present — Cardamone, J.P., Simons, Doerr and Schnepp, JJ. [Order entered Jan. 16, 1981.]